FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ACORN WEST, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KEYES PACKAGING GROUP, INC., a Delaware corporation,<br><br>Defendant. | NO: 2:21-CV-36-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 4.  Having reviewed the Notice and the record, the Court finds good cause to approve dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal with Prejudice, **ECF No. 4**, is

    **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or

    costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** April 14, 2021.

      *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2